IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GCS CREDIT UNION,** | |
| Plaintiff, | |
| v. | Case No. 3:20-CV-00937-NJR |
| **AMERICAN UNITED LIFE INSURANCE COMPANY,** | |
| Defendant. | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of July 10, 2023 (Doc. 55), reflecting the settlement between the parties, and the joint Stipulation of Dismissal dated July 25, 2023 (Doc. 56), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED:** July 26, 2023

MONICA A. STUMP,
Clerk of Court

By: s/ *Deana Brinkley*
     Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge